# UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.
ANTITRUST LITIGATION

This Document Relates To:
Civil Action Nos. 1:00-1269; 1:00-1268;
1:00-1602; 1:00-2441

MDL Docket No. 1332
Hon. J. Frederick Motz

### ~~PROPOSED~~ ORDER

Pursuant to the agreement of the parties, it is hereby ORDERED that the following

actions be, and they hereby are, stayed. The parties may seek to lift the stay as to any

action for good cause shown.

| | |
|---|---|
| *Cheeseman* v. *Microsoft Corp.*, (No. 1:00-1269) | (Vermont) |
| *Davenport* v. *Microsoft Corp.* (No. 1:00-1268) | (Tennessee) |
| *Klein* v. *Microsoft Corp.* (No. 1:00-1602) | (Minnesota) |
| *Ray* v. *Microsoft Corp.* (No. 1:00-2441) | (Arizona) |

Dated: _____

_____
J. Frederick Motz
United States District Judge

Submitted by:

_____
David B. Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Michael F. Brockmeyer
Jeffrey D. Herschman
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000


*Attorneys for Microsoft Corporation*

Reviewed as to form:

_____
Stanley M. Chesley
Robert Heuck II
WAITE, SCHNEINDER, BAYLESS &
    CHESLEY
1513 Central Trust Tower
Fourth and Vine Streets
Cincinnati, Ohio 45202
(513) 621-0267

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD and
    TOLL PLLC
1100 New York Avenune, N.W.
Washington, D.C. 20005
(202) 408-4600


*Plaintiffs' Lead Counsel Committee Co-
Chairs*