IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | : MDL DOCKET NO. 1332<br>:<br>: Hon. J. Frederick Motz |
| This Document Relates To:<br><br>*Klein* v. *Microsoft Corp.*,<br>     Case No. 1:00-cv-01602-JFM | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, on February 25, 2000, plaintiff Idy Klein filed a complaint against Microsoft Corporation ("Microsoft") in the District Court for the Fourth Judicial District of Minnesota (Hennepin County), alleging claims for damages under the Minnesota Antitrust Law (Minn. Stat. § 325D.52), the Minnesota Consumer Protection Statute (Minn. Stat. § 325F.69), the Minnesota Constitution art. 13, § 6, and Minnesota common law, on behalf of herself and two putative classes;

WHEREAS, Microsoft removed this action to the United States District Court for the District of Minnesota, and this action subsequently was transferred to this Court, effective June 15, 2000, pursuant to 28 U.S.C. § 1407 and Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation;

WHEREAS, plaintiff is a member of a certified class in an action against Microsoft pending in Minnesota state court, captioned *Gordon* v. *Microsoft Corp.*, No. MC 00-

5994 (Minn. Dist. Ct., Hennepin Co.), and failed to opt out of that class in the time permitted to do so;

WHEREAS, on April 16, 2004, Microsoft and counsel for the certified class of Minnesota consumers entered into a Settlement Agreement that resolved that state court action and disposes of all of plaintiff's claims in this action;

WHEREAS, the Minnesota state court finally approved that settlement by order dated October 22, 2004;

WHEREAS, under the terms of the Settlement Agreement, plaintiff has released her claims against Microsoft;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto by their undersigned counsel, and approved by the Court, that this action, including all claims alleged by plaintiff against Microsoft on behalf of herself and the putative classes, is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

SO ORDERED, on this, the __ day of _____, 2005.

_____
Honorable J. Frederick Motz

Agreed to:

Counsel for Defendant

_____
David B. Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Counsel for Plaintiffs

_____
Robert Heuck II
WAITE, SCHNEIDER, BAYLESS
 & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
(513) 621-0267